# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Anthony Favors,<br><br>Plaintiff,<br><br>v.<br><br>Mike Lanin, *Individual and Official Capacity as Security Lead CPS of MSOP*; Jodi Hardstead, *Individual and Official Capacity as Commissioner DHS/MSOP*; and Nancy Johnston, *Individual and Official Capacity as Executive Director of DHS/CPS of MSOP, and Successor in Office*,<br><br>Defendants. | Civ. No. 24-2709 (JWB/LIB)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

United States Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") on August 27, 2024. (Doc. No. 14.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that the August 27, 2024 Report and Recommendation (Doc. No. 14) is **ACCEPTED**, and Plaintiff's request for an "immediate [Preemptory] Restraining Order" (Doc. No. 8) is **DENIED**.

Date: October 23, 2024

      *s/ Jerry W. Blackwell*
      JERRY W. BLACKWELL
      United States District Judge